**ORAL ARGUMENT NOT SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, CLEAN POWER LAKE COUNTY, COMITÉ DIÁLOGO AMBIENTAL, RIO GRANDE INTERNATIONAL STUDY CENTER, SIERRA CLUB, and UNION OF CONCERNED SCIENTISTS, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE M. ZELDIN, Administrator, U.S. Environmental Protection Agency, <br><br> *Respondents*. | No. 24-1178 <br> (Consolidated with 24-1180) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Petitioners and Respondent-Intervenors California Communities Against Toxics, Clean Power Lake County, Comité Dialogo Ambiental, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists respectfully request that the Court substitute the undersigned counsel, Deena Tumeh, for Marvin C. Brown IV as counsel in the above-captioned consolidated cases.

Dated: August 26, 2025

Respectfully submitted,

<u>*/s/ Deena Tumeh*</u>
Deena Tumeh
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
dtumeh@earthjustice.org

*Counsel for California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists*