# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** California Communities Against Toxics, et al.,

v.

Environmental Protection Agency, et al.

**Case No:** 24-1178 (Consolidated with 24-1180)

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| California Communities Against Toxics | Sierra Club |
| Clean Power Lake County | Union of Concerned Scientists |
| Comité Diálogo Ambiental | |
| Rio Grande International Study Center | |

### Counsel Information

**Lead Counsel:** Deena Tumeh

**Direct Phone:** (202) 793-6482    **Fax:** (___) ___-____    **Email:** dtumeh@earthjustice.org

**2nd Counsel:**

**Direct Phone:** (___) ___-____    **Fax:** (___) ___-____    **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____    **Fax:** (___) ___-____    **Email:**

**Firm Name:** Earthjustice

**Firm Address:** 1001 G Street, NW, Suite 1000, Washington, DC 20001

**Firm Phone:** (202) 677-4500    **Fax:** (202) 667-2356    **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)