**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, CLEAN POWER LAKE COUNTY, COMITÉ DIÁLOGO AMBIENTAL, RIO GRANDE INTERNATIONAL STUDY CENTER, SIERRA CLUB, and UNION OF CONCERNED SCIENTISTS, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency, <br><br> *Respondents*. | No. 24-1178 <br> (Consolidated with 24-1180) |

**PETITIONERS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

As directed by this Court's June 4, 2024 order, Petitioners California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists submit this Certificate as to Parties, Rulings, and Related Cases.

**A. Parties and Amici**

i. **Parties, Intervenors, and Amici Who Appeared in the District Court**

This case is a petition for review of final agency action, not an appeal from the ruling of a district court.

ii. **Parties to This Case**

Petitioners:

- No. 24-1178: California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists.
- No. 24-1180: Ethylene Oxide Sterilization Association.

Respondents: U.S. Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as Administrator of the EPA.

Movant Intervenor-Respondents:

- No. 24-1178: Ethylene Oxide Sterilization Association.
- No. 24-1180: California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists.

iii. *Amici* **in This Case**

None at present.

iv. **Circuit Rule 26.1 Disclosures**

*See* disclosure statement filed herewith.

B. **Rulings under Review**

"National Emission Standards for Hazardous Air Pollutants: Ethylene Oxide Emissions Standards for Sterilization Facilities Residual Risk and Technology Review," 89 Fed. Reg. 24,090 (Apr. 5, 2024).

C. **Related Cases**

There are no related cases other than the consolidated cases.

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully submitted, |
| | /s/ *Marvin C. Brown IV* |
| | Marvin C. Brown IV |
| | Lillian Zhou |
| | Seth L. Johnson |
| | Earthjustice |
| | 1001 G Street, NW |
| | Suite 1000 |
| | Washington, DC 20001 |
| | (202) 667-4500 |
| | mcbrown@earthjustice.org |
| | lzhou@earthjustice.org |
| | sjohnson@earthjustice.org |
| | |
| | *Counsel for California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists* |

3