# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1178**  **September Term, 2024**

EPA-89FR24090

Filed On: November 5, 2024 [2083679]

California Communities Against Toxics, et al.,

       Petitioners

       v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. Environmental Protection Agency,

       Respondents

------------------------------

The Ethylene Oxide Sterilization Association, Inc.,
       Intervenor

------------------------------

Consolidated with 24-1180

## O R D E R

    Upon consideration of the unopposed motion of Chamber of Commerce of the United States of America for leave to participate as amicus curiae in support of petitioners, and the lodged brief amicus, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                        BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk