# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1178** | **September Term, 2024** |
| | EPA-89FR24090 |
| | Filed On: February 21, 2025 [2102103] |

California Communities Against Toxics, et al.,

    Petitioners

  v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

The Ethylene Oxide Sterilization Association, Inc.,
    Intervenor

------------------------------

Consolidated with 24-1180

## O R D E R

  It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on April 15, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

  The time and date of oral argument will not change absent further order of the Court.

  A separate order will be issued regarding the allocation of time for argument.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

            BY: /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)