# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1178** | **September Term, 2024** |
| | EPA-89FR24090 |
| | **Filed On:** March 4, 2025 |

California Communities Against Toxics, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

The Ethylene Oxide Sterilization Association, Inc.,

    Intervenor

------------------------------

Consolidated with 24-1180

**BEFORE:** Walker*, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of respondents' motion for a 60-day abeyance, and the opposition thereto, it is

**ORDERED** that the motion be denied without prejudice.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY: /s/
    Michael C. McGrail
    Deputy Clerk

* Circuit Judge Walker would grant the motion to hold the case in abeyance.