No. 24-1178 September Term, 2024

EPA-89FR24090

Filed On:

California Communities Against Toxics, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

The Ethylene Oxide Sterilization Association, Inc.,
    Intervenor

------------------------------

Consolidated with 24-1180

    **BEFORE:**    Walker, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of EPA's motion for voluntary remand and renewed motion to hold cases in abeyance, and the responses thereto, it is

    **ORDERED** that the renewed motion to hold the cases in abeyance be granted, and these cases are hereby held in abeyance pending further order of the court. Respondents are directed to file a status report on June 30, 2025, and at 90-day intervals therafter. It is

    **FURTHER ORDERED** that the motion for voluntary remand be denied. It is

    **FURTHER ORDERED** that these cases be removed from the court's April 15, 2025 oral argument calendar.

### Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                BY:    /s/

                        Deputy Clerk